```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE HERNANDEZ, ET AL,                                             :
                                                                   :
                          Plaintiffs,                              :
                                                                   :    20-cv-04003 (LJL)
         -v-                                                       :
                                                                   :    ORDER
THE NEW YORK STATE BOARD OF ELECTIONS,                             :
ET AL,                                                             :
                                                                   :
                          Defendants.                              :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     IT IS HEREBY ORDERED that a telephonic conference shall convene at 4:30 p.m. today in this matter. Parties are directed to call (888) 251-2909 and use access code 2123101.

     Plaintiffs are directed to notify Defendants of this order.

     SO ORDERED.

Dated: May 22, 2020
       New York, New York
                                           LEWIS J. LIMAN
                                       United States District Judge