```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE HERNANDEZ, ET AL,                                             :
:
                Plaintiffs,                                  :
:    20-cv-4003 (LJL)
    -v-                                                         :
:    <u>ORDER</u>
NEW YORK STATE BOARD OF ELECTIONS, ET AL,                          :
:
                Defendants.                                  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the telephonic conference held on May 22, 2020, the following is HEREBY ORDERED:

1. Defendants shall file a response to the Motion for Preliminary Injunction (Dkt. No. 8) no later than 9:00 a.m. on May 27, 2020.

2. Plaintiffs shall file a reply no later than 8:00 p.m. on May 28, 2020.

3. The parties shall appear for a preliminary injunction hearing at 10:00 a.m. on May 29, 2020. The hearing will take place telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: May 26, 2020
       New York, New York              _____
                                             LEWIS J. LIMAN
                                          United States District Judge