```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE HERNANDEZ, ET AL,                                            :
:
:
Plaintiffs,                            :
:           20-cv-4003 (LJL)
-v-                                 :
:           ORDER
:
NEW YORK STATE BOARD OF ELECTIONS, ET AL,  :
:
Defendants.                            :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendants' letter (Dkt. No. 27), which informs the Court that the "Board of Elections Resolution identified in Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Preliminary Injunction, ECF No. 26, at p. 5, and the Declaration of Thomas Connolly, ECF No. 25, at ¶ 21 and Exhibit B thereto, ECF No, 25-2, has been passed by a unanimous vote of the Board of Elections at their meeting held today."

      IT IS HEREBY ORDERED that Plaintiffs shall file a letter no later than 9:00 a.m. tomorrow (May 28, 2020) advising whether the Resolution moots the request for preliminary injunctive relief and/or otherwise affects any claim asserted in the Complaint (Dkt. No. 1) or Motion for Preliminary Injunction (Dkt. No. 8).

      SO ORDERED.

Dated: May 27, 2020                              _____
      New York, New York                                        LEWIS J. LIMAN
                                                                    United States District Judge