```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                          :
JOSE HERNANDEZ, ET AL,                                    :
                                                          :
                              Plaintiffs,                 :
                                                          :         20-cv-4003 (LJL)
         -v-                                              :
                                                          :         ORDER
NEW YORK STATE BOARD OF ELECTIONS, ET AL,                 :
                                                          :
                              Defendants.                 :
                                                          :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2020

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Plaintiffs' letter (Dkt. No. 30), which advises that the Resolution passed yesterday does not moot Plaintiffs' request for injunctive relief.

      The parties are HEREBY ORDERED to meet and confer regarding implementation of the Resolution and to advise the Court of the results of that meet-and-confer no later than 9:00 a.m. tomorrow (May 29, 2020).

      SO ORDERED.

Dated: May 28, 2020  
      New York, New York  
                                             LEWIS J. LIMAN  
                                           United States District Judge