```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOSE HERNANDEZ, ET AL,                                             :
                                                                   :
                        Plaintiffs,                                :
                                                                   :
        -v-                                                        :
                                                                   :
NEW YORK STATE BOARD OF ELECTIONS, ET AL,                          :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020

20-cv-4003 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    As discussed at the hearing held today, the following is HEREBY ORDERED:

1. The parties shall meet and confer today.

2. No later than 5:00 p.m. on June 3, 2020, the parties shall submit either a consent decree or a status letter advising the Court that a consent decree was unable to be reached and identifying the areas of remaining disagreement.

3. A conference is SET for June 4, 2020 at 4:00 p.m.  It will proceed telephonically.  Parties are directed to call (888) 251-2909 and use access code 2123101.

    SO ORDERED.

Dated: May 29, 2020
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge