UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HERNANDEZ; KEITH GURGUI; RASHETA BUNTING; KAREN LUXTON GOURGEY, ED.D; DISABILITY RIGHTS NEW YORK; NATIONAL FEDERATION OF THE BLIND OF NEW YORK STATE, INC.; AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC.; and CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, <br><br> Plaintiffs, <br><br> -against- <br><br> THE NEW YORK STATE BOARD OF ELECTIONS, DOUGLAS A. KELLNER, Co-Chair and Commissioner, ANDREW SPANO, Commissioner, PETER S. KOSINSKI, Co-Chair and Commissioner, TODD D. VALENTINE, Co-Executive Director, and ROBERT A. BREHM, Co-Executive Director, in their official capacities at the New York State Board of Elections, <br><br> Defendants. | CASE NO:  1:20-cv-04003-LJL <br><br> **PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION** |

## PLAINTIFFS' SECOND MOTION FOR PRELIMINARY INJUNCTION

NOW COME Plaintiffs, JOSE HERNANDEZ, KEITH GURGUI, RASHETA BUNTING, KAREN LUXTON GOURGEY, ED.D, DISABILITY RIGHTS NEW YORK, NATIONAL FEDERATION FOR THE BLIND OF NEW YORK, INC., AMERICAN COUNCIL FOR THE BLIND OF NEW YORK; and CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK (Plaintiffs), by and through undersigned counsel, and hereby move this Honorable Court for a Preliminary Injunction pursuant to Federal Rule of Civil

Procedure 65(a) in order to prevent irreparable injury to Plaintiffs in advance of the November 3, 2020 General Election. Defendants NEW YORK STATE BOARD OF ELECTIONS, DOUGLAS A. KELLNER, Co-Chair and Commissioner, ANDREW SPANO, Commissioner, PETER S. KOSINSKI, Co-Chair and Commissioner, TODD D. VALENTINE, Co-Executive Director, and ROBERT A. BREHM, Co-Executive Director, in their official capacities at the New York State Board of Elections, have refused to make New York State's Absentee Voting program accessible for New York voters with print disabilities, in violation of Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12131, *et seq.* and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 *et seq*. In support of this motion, Plaintiffs rely on the Complaint, the attached Memorandum of Law, the attached Declarations, and the attached Exhibits.

WHEREFORE, for all the reasons set forth in this Motion, its Memorandum of Law and related Declarations, and Exhibits, the Complaint, and the First Motion for TRO/PI and Memorandum of Law and related documents, Dkt.8, Plaintiffs hereby respectfully request that this Honorable Court grant their Second Motion for Preliminary Injunction and order Defendants make the Absentee Voting Program accessible to voters with print disabilities by providing an effective and purpose-built Remote Accessible Vote-by-Mail ("RAVBM") system for use across New York State for the November 3, 2020 election.

Respectfully submitted,

By: /S/ Amanda B. Pearlstein____

Amanda B. Pearlstein
Christina Asbee

DISABILITY RIGHTS NEW YORK
25 Chapel Street, Suite 1005
Brooklyn, NY 11201
Phone:  518-512-4841
Fax:  518-427-6561 (not for service)
Amanda.Pearlstein@drny.org
Christina.Asbee@drny.org


Michelle Caiola
Christina Brandt-Young
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel:  (212) 644-8644
Fax:  (212) 644-8636
mcaiola@dralegal.org
cbrandt-young@dralegal.org


Eve Hill
Brown Goldstein & Levy, LLP
120 E. Baltimore Street, #1700
Baltimore, MD, 21202
Tel.: (410) 962-1030
Fax: (410) 385-0869
EHill@browngold.com
skw@browngold.com

*Attorneys for Plaintiffs*