UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                        :
JOSE HERNANDEZ, ET AL,                                                   :
                                                                        :
                                    Plaintiffs,                          :
                                                                        :
                        -v-                                              :
                                                                        :
NEW YORK STATE BOARD OF ELECTIONS, ET AL,                               :
                                                                        :
                                    Defendants.                          :
                                                                        :
------------------------------------------------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #:_____              │
│ DATE FILED: _8/11/2020__          │
└──────────────────────────────────┘
```

20-cv-4003 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiffs' motion to subpoena witnesses from Democracy Live and VotingWorks. (Dkt. No. 80.) The motion is GRANTED. The Court is prepared to hold the hearing set for August 13, 2020 via Skype for Business. Any party objecting to the hearing being conducted by Skype for Business, and with the presiding judge located outside the District, shall object by letter filed by ECF no later than 5:00 p.m. today.

No later than 5:00 p.m. today, the parties shall identify by letter any witnesses they intend to call for direct or cross examination at the hearing on August 13, 2020. The parties are directed to consult with the Court's courtroom deputy, Matt Fishman (Matthew_Fishman@nysd.uscourts.gov) regarding logistics for testimony via Skype for Business.

The Clerk of Court is respectfully directed to terminate Dkt. No. 80.

SO ORDERED.

Dated: August 11, 2020
       New York, New York
                                        _____
                                                LEWIS J. LIMAN
                                            United States District Judge