

# DISABILITY RIGHTS NEW YORK

 www.drny.org     mail@drny.org     518-432-7861

August 11, 2020

Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

GRANTED.

8/11/2020

*[Signature]*
LEWIS J. LIMAN
United States District Judge

Re: PI Hearing Witness List, *Hernandez et al. v. New York State Board of Elections et al.*, Docket No. 20-cv-4003

Dear Judge Liman:

Plaintiffs submit this letter in response to this Court's request for a witness list for the August 13, 2020 Preliminary Injunction Hearing.

Plaintiffs plan to call the following witnesses:

1. Brian Finney of Democracy Live, via subpoena, for direct examination;
2. Thomas Connolly of the NYS Board of Elections office for cross examination; and
3. William Cross of the NYS Board of Elections office for cross examination.

Plaintiffs will notify Brian Finney of the Skype for Business requirement, and will let this Court know if he has any objections.

Sincerely,

/s/ Amanda B. Pearlstein

Amanda B. Pearlstein
Co-counsel for Plaintiffs

**ALBANY**
725 Broadway, Suite 450
Albany, NY 12207-5001

**BROOKLYN**
25 Chapel St, Suite 1005
Brooklyn, NY 11201

**ROCHESTER**
44 Exchange Blvd, Suite 110
Rochester, NY 14614

TTY: **518-512-3448**
Fax: **518-427-6561**
Toll Free: **1-800-993-8982**