```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSE HERNANDEZ, ET AL,

                Plaintiffs,

    -v-

NEW YORK STATE BOARD OF ELECTIONS, ET AL,

                Defendants.
------------------------------------------------------------------X

20-cv-4003 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      As discussed at the preliminary injunction hearing held today, the following is HEREBY ORDERED:

1. The parties shall meet and confer today regarding the possibility of a stipulated preliminary injunction that would ensure ADA-compliant access to the absentee voting program for individuals with print disabilities. No later than 6:00 p.m. today, the parties shall advise the Court whether agreement could be reached and, if not, the status of their discussions.

2. No later than 12:00 p.m. tomorrow, the parties shall file letter-briefs no longer than five single-spaced pages summarizing their arguments in support of, or in opposition to, Plaintiffs' motion for a preliminary injunction.

      SO ORDERED.

Dated: August 13, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge