UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE HERNANDEZ; KEITH GURGUI; RASHETA BUNTING; KAREN LUXTON GOURGEY, ED.D; DISABILITY RIGHTS NEW YORK; NATIONAL FEDERATION OF THE BLIND OF NEW YORK STATE, INC.; AMERICAN COUNCIL OF THE BLIND OF NEW YORK, INC.; and CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, <br><br> Plaintiffs, <br><br> -against- <br><br> THE NEW YORK STATE BOARD OF ELECTIONS, DOUGLAS A. KELLNER, Co-Chair and Commissioner, ANDREW SPANO, Commissioner, PETER S. KOSINSKI, Co-Chair and Commissioner, TODD D. VALENTINE, Co-Executive Director, and ROBERT A. BREHM, Co-Executive Director, in their official capacities at the New York State Board of Elections. <br><br> Defendants. | CASE NO: 1:20-cv-4003 (LJL) <br><br> **STIPULATION OF SETTLEMENT AND ORDER TO DISMISS** |

**Order**

The Court, having duly considered the fully-executed Settlement Agreement and Joint Letter Motion requesting court approval of all terms therein, Dkt. No. 141, hereby orders that this case be dismissed and that this Court retains jurisdiction over any disputes that arise from the Settlement Agreement.

**SO ORDERED:**

Dated: 4/5/2022

Honorable Lewis J. Liman

United States District Judge