```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE HERNANDEZ et al.,

                Plaintiffs,

        -v-

NEW YORK STATE BOARD OF ELECTIONS et al.,

                Defendants.
-------------------------------------------------------------------X

20-cv-4003 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      As discussed at today's conference in this case, it is hereby ORDERED that Plaintiffs shall file any motion to enforce the Settlement Agreement by July 8, 2022. Defendants shall file any response by July 15, 2022. The Court will hold an evidentiary hearing on the matter on July 21, 2022 at 3:00 p.m. in Courtroom 15C of the 500 Pearl Street Courthouse. The parties are further directed to, by July 8, 2022, meet and confer to determine whether the process of obtaining Office of General Services approval can be expedited.

      SO ORDERED.

Dated: July 1, 2022
       New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge