UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE HERNANDEZ; KEITH GURGUI;
RASHETA BUNTING; KAREN LUXTON
GOURGEY; DISABILITY RIGHTS NEW
YORK; NATIONAL FEDERATION OF
THE BLIND OF NEW YORK STATE, INC.;
AMERICAN COUNCIL OF THE BLIND
OF NEW YORK, INC.; and CENTER FOR
INDEPENDENCE OF THE DISABLED,
NEW YORK,

    Plaintiffs,

-against-

THE NEW YORK STATE BOARD OF
ELECTIONS, DOUGLAS A. KELLNER,
Co-Chair and Commissioner, ANDREW
SPANO, Commissioner, PETER S.
KOSINSKI, Co-Chair and Commissioner,
TODD D. VALENTINE, Co-Executive
Director, and ROBERT A. BREHM, Co-
Executive Director, in their official capacities
at the New York State Board of Elections,

    Defendants.

CASE NO: 1:20-cv-4003

**PLAINTIFFS' MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND FOR CONTEMPT**

---

### PLAINTIFFS' MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT AND FOR CONTEMPT

NOW COME Plaintiffs, by and through undersigned counsel, and hereby move this Honorable Court for an Order exercising its authority to enforce the April 5, 2022, Settlement Agreement (ECF 142) in this Action and hold Defendants in Contempt.

Defendants have failed to comply with the central requirement of the Settlement Agreement – to implement a Remote Accessible Vote By Mail (RAVBM) system in time for the June Primary Election and now say they will be unable to do so in time for the August Primary

Election. Defendants are unable to demonstrate that compliance was impossible or impracticable for either election. In support of this motion, Plaintiffs rely on the attached Memorandum of Law, and the attached Exhibits.

WHEREFORE, for all the reasons set forth in this Motion and the Memorandum of Law and Exhibits, Plaintiffs hereby request that this Honorable Court order Defendants to immediately implement a RAVBM system before the August 23, 2022, Primary Election, to pay Plaintiffs' damages and attorneys' fees, and to provide such other and further relief as this Court deems appropriate.

Date:   July 8, 2022                    By:        /s/ Eve Hill
                                               Eve Hill*
                                               Sharon Krevor-Weisbaum*
                                               Brown Goldstein & Levy, LLP
                                               120 E. Baltimore Street, #2500
                                               Baltimore, MD, 21202
                                               Tel.: (410) 962-1030
                                               Fax: (410) 385-0869
                                               EHill@browngold.com
                                               skw@browngold.com
                                               *Admitted Pro hac vice

                                               Christina Asbee
                                               DISABILITY RIGHTS NEW YORK
                                               25 Chapel Street, Suite 1005
                                               Brooklyn, NY 11201
                                               Phone:  518-512-4841
                                               Fax:  518-427-6561 (not for service)
                                               Christina.Asbee@drny.org

                                               Jelena Kolic
                                               DISABILITY RIGHTS ADVOCATES
                                               655 Third Avenue, 14th Floor
                                               New York, NY 10017
                                               Tel:  (212) 644-8644
                                               Fax:  (212) 644-8636
                                               jkolic@dralegal.org

                                               *Attorneys for Plaintiffs*