UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                      :

JOSE HERNANDEZ et al.,                      :

                                        :

                    Plaintiffs,        :                   20-cv-4003 (LJL)

                                        :

        -v-                         :                     ORDER

                                        :

NEW YORK STATE BOARD OF ELECTIONS et al.,  :

                                        :

                    Defendants.      :

                                        :
-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:_____**
**DATE FILED:  11/10/2022__**

LEWIS J. LIMAN, United States District Judge:

      In an Order dated July 21, 2022, the Court required Defendants to each Friday, beginning on July 29, 2022 and continuing until an RAVBM system is implemented statewide, submit a report updating the Court on the progress that has been made on implementing such a system. Dkt. No. 159.  The Court is satisfied that Defendants have "completed the procurement and implementation of the RAVBM system," see, e.g., Dkt. No. 184, and relieves Defendants of their obligation to submit these weekly reports.

      SO ORDERED.

Dated: November 10, 2022
      New York, New York                         LEWIS J. LIMAN
                                    United States District Judge