UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2022
```

-----------------------------------------------------------------------X
                           :

JOSE HERNANDEZ, *et al.*,              :

                           :

               Plaintiffs,       :

                           :           20-cv-4003 (LJL)

       -v-                   :

                           :              <u>ORDER</u>

NEW YORK STATE BOARD OF ELECTIONS, *et al.*,  :

                           :

               Defendants.     :

                           :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       Pending before the Court is Plaintiffs' motion for remedies for breach of the settlement agreement and for contempt.  The motion is based on the failure of Defendants to timely implement the RAVBM system and seeks remedies to ensure that the system is implemented in advance of the November elections.  Defendants have represented that they have completed the procurement and implementation of the RAVBM system.  Dkt. No. 184.  Accordingly, the parties are directed to meet and confer regarding whether any portion of the present motions presents a live dispute aside from the request for attorney's fees and consequential damages.  The parties are also directed to meet and confer regarding whether those issues that remain live can be settled.  The parties are directed to report to the Court by December 9, 2022, regarding whether any issues remain live for the Court to resolve.

       SO ORDERED.

Dated: November 21, 2022
      New York, New York           _____
                                   LEWIS J. LIMAN
                             United States District Judge