```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
JOSE HERNANDEZ, *et al.*,                                      :
:
             Plaintiffs,                   :
:    20-cv-4003 (LJL)
    -v-                                                      :
:    ORDER
NEW YORK STATE BOARD OF ELECTIONS, *et al.*,                   :
:
             Defendants.                   :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By joint letter, the parties informed the Court that no part of Plaintiffs' motion for remedies for breach of the settlement agreement and for contempt, Dkt. No. 152, with the exception of the request for attorney's fees and consequential damages, presents a live dispute. Dkt. No. 187. By stipulation and order filed substantially concurrently with this Order, the parties "have reached agreement on the issues of attorney's fees, costs and consequential damages" associated with the outstanding motion for enforcement of the settlement agreement and contempt. As a result, nothing remains of the outstanding motion for the Court to adjudicate.

      Thus, the Clerk of Court is respectfully directed to close Dkt. No. 152.

      SO ORDERED.

Dated: March 8, 2023
       New York, New York                     _____
                                                     LEWIS J. LIMAN
                                                United States District Judge